UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD W. WADDLE,<br><br>                          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                          Defendant. | Case No. 3:11-cv-05718-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

   Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

   DATED this 19th day of September, 2011.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1