UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD W. WADDLE,<br><br>                    Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 11-5718 BHS/KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #19). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the Administrative Law Judge (ALJ) will reevaluate the medical evidence as a whole, in particular the opinion of Dr. Bautista, and if necessary, contact him for additional information. The ALJ will also clarify the sources who prescribed Plaintiff's medications. The ALJ will reevaluate Plaintiff's subjective testimony and will reevaluate Plaintiff's residual functional capacity. The ALJ will reevaluate Plaintiff's ability to perform his past relevant work taking into account 20 C.F.R. §§ 404.1520(f), 416.920(f). If necessary, the ALJ will conduct a step five analysis, obtain the assistance of a vocational expert,

REPORT AND RECOMMENDATION - 1

and present a complete hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational Titles. Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act and 406(b), if appropriate.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 12th day of April, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2