UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RICHARD W. WADDLE, | Civil No. 3:11-CV-05718-BHS-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on April 12, 2012.

DATED this 12 day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:11-CV-05718-BHS-KLS]